05-142
04-328
USDC/RI
Judge Smith

# MANDATE

# United States Court of Appeals
## For the First Circuit

No. 04-2048

ARTHUR D'AMARIO, III,

Petitioner,

v.

UNITED STATES,

Respondent.

Before

Boudin, Chief Judge,
Stahl, Senior Circuit Judge,
and Lynch, Circuit Judge.

JUDGMENT

Entered: May 5, 2005

As petitioner's submission does not meet the required standard, see 28 U.S.C. § 2255 ¶8, we deny his application for leave to file a second or successive motion pursuant to 28 U.S.C. § 2255. We also deny the motions for order of disclosure and stay of sentence.

**Certified and Issued as Mandate under Fed. R. App. P. 41.**

**Richard Cushing Donovan, Clerk**

Susan Pedrosa
**Deputy Clerk**

**Date:** 6-27-05

By the Court:

Richard Cushing Donovan, Clerk.

MARGARET CARTER

By: ______________________
Chief Deputy Clerk.

[cc: James H. Leavey, Esq. and Arthur D'Amario, III]