David A. DiMarzio
Clerk of Court

***UNITED STATES DISTRICT COURT***
***District of Rhode Island***

Robert R. Henry
Chief Deputy

August 4, 2004

Richard Donovan, Clerk
United States Court of Appeals
One Courthouse Way
Boston, MA 02109

**Re: D'Amario v. US, C.A. No. 04-328S**

Dear Mr. Donovan:

Enclosed please find a Transfer Order entered by U.S. District Judge William E. Smith in the above-referenced matter transferring this case to the First Circuit Court of Appeals, along with the original file and a certified copy of the docket.

Please acknowledge receipt of the enclosed by signing a **copy** of this letter and returning back to this office.

Sincerely,

DAVID A. DiMARZIO
Clerk of Court

Alba-Sue Mercurio
Deputy Clerk

Enclosure: Certified Docket
Original file

Susan Pedrazzini
04-2048